UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAI BUI,

        Plaintiff,

   v.

AMAZON.COM SERVICES LLC,

        Defendant.

Case No. 22-cv-08913-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 15

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 20, 2023

_____
WILLIAM H. ORRICK
United States District Judge